FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos. 02-20-00105-CR
02-20-00106-CR
02-20-00107-CR
02-20-00108-CR
02-20-00109-CR
02-20-00110-CR
02-20-00111-CR
02-20-00112-CR
02-20-00113-CR

DEBRA ELISE TURNER, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court Nos. 1591031D, 1591138D, 1591644D, 1593646D, 1593648D,
1594387D, 1595243D, 1596387D, 1615817D

## ORDER

Appellant's attorney has filed in this court a motion to withdraw as appellant's court-appointed attorney in the above entitled and numbered causes. Appellant's attorney has also filed a brief in support of that motion. Appellant, after having been

notified of this fact, now requests to examine the record for the purpose of preparing a pro se response to the *Anders* brief.

The trial court clerk is ordered to make both the clerk's record and reporter's record available to appellant by **Thursday, March 11, 2021**. The trial court clerk shall also provide written notification to the court of appeals by **Thursday, March 11, 2021**, that the clerk's record and reporter's record have been made available to appellant. After appellant has been provided access to the appellate record, this court will then set a due date for appellant's pro se response to be filed.

We direct the clerk of this court to send a notice of this order to the appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

Dated February 25, 2021.

Per Curiam